File Hashes for IP Address 50.73.111.118

**ISP:** Comcast Business Communications
**Physical Location:** Chicago, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/08/2013 04:55:08 | 0470EC26141C9830DE1E7F3C1B87EDEEDE6C8195 | Sacred Romance |
| 02/01/2013 16:29:45 | 79E29AB78CF4167266F1A7C9D356C032803768D0 | Working Out Together |
| 01/22/2013 10:34:42 | C7E4D1847C35F0FB4B4705A9517A11E55248615D | Yoga Master and Student |
| 01/16/2013 14:09:11 | 984EB6DB0CEE90D435E86036ECBA42618A3FE7E8 | Tiffany Teenagers In Love |
| 01/02/2013 11:25:56 | AC44BD2FC75996D6918F94E9E85828A7A01BF5B8 | Naughty and Nice |
| 01/02/2013 11:24:53 | 0C18B0C843B2D2C8BB2DE79EA6801075AEA9A44C | Morning Desires |
| 12/12/2012 21:31:45 | 544EDC12170CE5BA61AE658FF49F00ACD0EFE628 | Miss Me Not |
| 12/04/2012 13:14:27 | 90E692A0ACFEB631698F4FFCEACACD140C38891C | Loving Angels |
| 12/04/2012 12:36:39 | 5CD20FA4A34CE40E898CEEC6137FE7AE3E2ED6BC | Inside Perfection |
| 12/04/2012 12:24:55 | F0AFDBC7DD17E26F0B9C61F5152655F428C05D55 | Still With Me |

**Total Statutory Claims Against Defendant: 10**

EXHIBIT A

NIL61