Case: 1:13-cv-02659 Document #: 25 Filed: 10/21/13 Page 1 of 1 PageID #:228
AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

# Northern District of Illinois

| | |
|---|---|
| Malibu Media LLC <br> *Plaintiff* <br> v. <br> John Doe, et al. <br> *Defendant* | Civil Action No. 13 C 2659 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:
Judgment entered in favor of Plaintiff and against Defendant in the amount of $17,525.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Edmond E. Chang on a motion for default judgment.

Date: Oct 21, 2013

Thomas G. Bruton, Clerk of Court

/S/Sandra Brooks